UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Dave Taylor

    v.                                                Case No. 20-cv-183-PB

FCI Berlin, Warden

ORDER

    No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated March 3, 2020, dismiss this action in its entirety, and deny Mr. Taylor's request for injunctive relief. The clerk of court shall enter judgment and close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

                                                /s/Paul Barbadoro
                                                Paul Barbadoro
                                                United States District Judge

Date: April 23, 2020

cc: Dave Taylor, pro se